## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

HOWARD COHAN,

     Plaintiff,

v.                                    Case No.  6:24-cv-1661-RBD-UAM

BARRACUDA STATIONS, LLC; and
SOSANA 2 US LLC,

     Defendants.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the filing of the parties' Stipulation of Dismissal (Doc. 20).  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**.  All pending motions are denied as moot and all deadlines and hearings are terminated.  The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 16, 2025.



ROY B. DALTON, JR.
United States District Judge